United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41051
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LYNN DRAKE, also known as Lynn Kennedy,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:04-CR-93-1
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for Lynn Drake has moved for leave
to withdraw from representation and has filed a brief in
accordance with Anders v. California, 386 U.S. 738 (1967).  Drake
has not filed a response.  Our independent review of the record
and counsel's brief shows that there are no nonfrivolous issues
for appeal.  Accordingly, the motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities herein,
and this APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.